USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  ___1/27/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DEROUNIAN,

                              Plaintiff,

        -against-

STUART SOPP, individually and as Chief
Executive Officer of Current (Finco Services,
Inc.), and CURRENT (FINCO SERVICES,
INC.),

                              Defendants.

25 Civ. 7196 (AT)

**ORDER OF SERVICE**

ANALISA TORRES, United States District Judge:

Plaintiff *pro se*, John Derounian, brings this action under the Truth in Lending Act, the

Electronic Fund Transfer Act, and state law.  By order dated January 27, 2026, the Court granted

Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.

Because Plaintiff has been granted permission to proceed IFP, he is entitled to receive

assistance from the Court and the U.S. Marshals Service to effect service.[1]  *Walker v. Schult*,

717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court

shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must

order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the

Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form

("USM-285 form") for Defendants.  The Clerk of Court is further instructed to issue summonses

---

[1]Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued.  The Court, therefore, extends the time to serve until 90 days after the date any summonses issue.

and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

The Clerk of Court is respectfully directed to issue summonses for Finco Services, Inc. and Stuart Sopp, complete the USM-285 form with the Defendants' addresses, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further respectfully instructed to email an information package to Plaintiff. *See* ECF No. 5 (Plaintiff's consent to electronic service).

SO ORDERED.

Dated:  January 27, 2026
         New York, New York

_____
ANALISA TORRES
United States District Judge

2

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.  Finco Services, Inc.
    217 Centre Street, Ste 180
    New York, N.Y. 10007

2.  Stuart Sopp
    Finco Services, Inc.
    217 Centre Street, Ste 180
    New York, N.Y. 10007